696 A.2d 805

**HARRISBURG AUTO AUCTION, Appellant,**

v.

**COMMONWEALTH of Pennsylvania, Bureau of Professional and Occupational Affairs, State Board of Vehicle Manufacturers, Dealers and Salespersons, Appellee.**

Supreme Court of Pennsylvania.

July 30, 1997.

## ORDER

**PER CURIAM:**

The Order of the Commonwealth Court dated November 20, 1996, is AFFIRMED.